IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI, | 1:06-CV-00776 OWW LJO P |
|     Plaintiff, | |
| vs. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| T. WAN, et al., | (DOCUMENT #2) |
|     Defendants. / | |

Plaintiff is a prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

1  percent of the preceding month's income credited to plaintiff's prison trust account.  These
2  payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court
   each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28
3  U.S.C. § 1915(b)(2).
4         In accordance with the above, IT IS HEREBY ORDERED that:
5              1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
6              2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
7  The fee shall be collected and paid in accordance with this court's order to the Director of the
8  California Department of Corrections filed concurrently herewith.
9
10 IT IS SO ORDERED.
11 **Dated:   June 30, 2006**           **/s/ Lawrence J. O'Neill**
   i0d3h8                                UNITED STATES MAGISTRATE JUDGE