# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI, | CASE NO. 1:06-cv-00776-OWW-DLB PC |
| Plaintiff, | ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT, WITH PREJUDICE |
| v. | (Doc. 9) |
| T. WAN, et al., | |
| Defendants. | |

Plaintiff Punaofo Tsugito Tilei ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2007, plaintiff filed a motion seeking leave to alter or amend judgment. Plaintiff's motion is misplaced, as judgment has not been entered. On February 27, 2007, plaintiff's complaint was dismissed, *with leave to amend*. Plaintiff's motion, which incorrectly asserts that one of his claims was dismissed and argues that he should be allowed to amend all of his claims, is completely groundless in light of the court's order of February 27, 2007.

Plaintiff's motion to alter or amend judgment, filed March 13, 2007, is HEREBY DENIED, WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   March 20, 2007**            /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

1