UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>T. WAN, et al.,<br><br>　　　Defendants.<br>_____ | 1:06-cv-00776-OWW-NEW (DLB) PC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(DOCUMENT #11) |

On March 22, 2007, plaintiff filed a motion to extend time to file a first amended complaint in compliance with the court's order of February 27, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his first amended complaint.

IT IS SO ORDERED.

　　**Dated:　April 13, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE