IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>             Plaintiff,<br><br>     vs.<br><br>T. WAN, et al,<br><br>             Defendants.<br>_____/ | 1:06-cv-00776-OWW-GSA (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #21)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   **May 16, 2008**             /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE