1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  PUNAOFO TSUGITO TILEI                     CASE NO. 1:06-cv-00776-OWW-GSA PC

10                          Plaintiff,        ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS, AND DISMISSING
11        v.                                  CERTAIN CLAIMS

12  T. WAN, et al.,                          (Docs. 16 and 20)

13                          Defendants.       ORDER REFERRING MATTER BACK TO
                                             MAGISTRATE JUDGE TO INITIATE
14                                            SERVICE OF PROCESS

15  _____/

16        Plaintiff Punaofo Tsugito Tilei ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

18  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19        On April 29, 2008, the Magistrate Judge filed a Findings and Recommendations herein which

20  was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and

21  Recommendations was to be filed within thirty days.  After obtaining an extension of time, Plaintiff

22  filed an Objection to the Findings and Recommendations on June 19, 2008.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

24  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

25  and Recommendations to be supported by the record and by proper analysis.

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.        The Findings and Recommendations, filed April 29, 2008, is adopted in full;

28  ///

1

2.      This action shall proceed on Plaintiff's amended complaint, filed July 30, 2007, on Plaintiff's federal and state law retaliation and due process claims;

3.      Plaintiff's state law claims arising from violation of the prison's operational procedures, Title 15 regulations, and the penal code are dismissed, with prejudice, for failure to state a claim;

4.      Plaintiff's claims for declaratory and injunctive relief are dismissed; and

5.      This matter is referred back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                         _____/s/ **Oliver W. Wanger**_____
                                                   UNITED STATES DISTRICT JUDGE