# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI | CASE NO. 1:06-cv-00776-OWW-GSA PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| T. WAN, et al., | |
| Defendants. | (Doc. 16) |

Plaintiff Punaofo Tsugito Tilei ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. Plaintiff filed this action on June 19, 2006. The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and founds that it states claims for money damages against Defendants Wan, Gallagher, and Cooper for retaliation in violation of the First Amendment, and for denial of due process in violation of the Fourteenth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Pursuant to the Court's order of July 8, 2008, it is HEREBY ORDERED that:

1. Service shall be initiated on:

    CAPTAIN T. WAN

---

[1] Plaintiff was also allowed to proceed on his claim that Defendants' actions violated his rights under the California Constitution. (Docs. 20, 26.) Plaintiff's state law claims arising from violation of the prison's operational procedures, Title 15 regulations, and the penal code were dismissed, with prejudice, for failure to state a claim; and Plaintiff's claims for declaratory and injunctive relief were dismissed. (Id.)

1

          LT. J. GALLAGHER

          C. L. COOPER, CORR. COUNSELOR

2.     The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed July 30, 2007.

3.     Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.     Completed summons;

    b.     One completed USM-285 form for each defendant listed above; and

    c.     Four (4) copies of the endorsed amended complaint filed July 30, 2007.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **July 14, 2008**           **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE