IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **PUNAOFO TSUGITO TILEI,**<br><br>                                              Plaintiff,<br><br>       v.<br><br>**T. WAN, et al.,**<br><br>                                              Defendants. | 1:06-cv-00776-OWW-GSA PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(Doc. 31)**<br><br>**Deadline:  10/31/2008** |

   GOOD CAUSE APPEARING, Defendants' request for an extension of time to file a responsive pleading to Plaintiff's complaint is hereby GRANTED.

   Defendants will have up to and including October 31, 2008, to file a responsive pleading.

   IT IS SO ORDERED.

   **Dated:   October 14, 2008**                              **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE

1