1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    PUNAOFO TSUGITO TILEI,                    1:06-cv-00776-OWW-GSA (PC)

12           Plaintiff,                         ORDER GRANTING DEFENDANTS'
                                                REQUEST FOR SECOND EXTENSION
13           vs.                                OF TIME TO FILE A RESPONSE TO
                                                PLAINTIFF'S COMPLAINT
14    T. WAN, et al.,
                                                (DOCUMENT #34)
15           Defendants.
                                                DEADLINE: 11/14/2008
16    _____/

17           On October 29, 2008, Defendants filed a request for a second extension of time to file a

18    response pleading to Plaintiff's complaint.  Good cause having been presented to the Court and

19    GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

20           Defendants will have up to and including November 14, 2008, to file a response to the

21    complaint.

22

23        IT IS SO ORDERED.

24        Dated:    **November 3, 2008**            _____ **/s/ Gary S. Austin** _____
                                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28