1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI | CASE NO. 1:06-cv-00776-OWW-GSA PC |
| Plaintiff, | ORDER STRIKING LETTER FROM RECORD, AND DIRECTING CLERK'S OFFICE TO |
| v. | RESPOND TO INQUIRY |
| T. WAN, et al., | (Doc. 43) |
| Defendants. | |
| _____/ | |

On March 23, 2009, the Clerk's Office filed a letter from Plaintiff. The letter requested information from the Clerk's Office and should not have been filed in the case. If Plaintiff seeks assistance from the Court, it must be in the form of a motion.

The letter filed on March 23, 2009, is HEREBY STRICKEN from the record, and the Clerk's Office is DIRECTED to respond to the inquiry.

IT IS SO ORDERED.

**Dated:    March 30, 2009**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE