# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI | CASE NO. 1:06-cv-00776-OWW-GSA PC |
| Plaintiff, | ORDER DENYING MOTIONS SEEKING A RULING |
| v. | (Docs. 46 and 64) |
| T. WAN, et al., | |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET |

On June 12, 2009, and September 30, 2009, Plaintiff filed motions seeking a ruling on his motion for the appointment of counsel, purportedly filed on or around March 29, 2009. The Court did not receive a motion seeking the appointment of counsel. Therefore, Plaintiff's motions seeking a ruling are HEREBY DENIED.

The Clerk's Office SHALL send Plaintiff a copy of the docket for this case.

IT IS SO ORDERED.

Dated:   **November 9, 2009**          _____/s/ **Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE