# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>        Plaintiff,<br><br>    v.<br><br>T. WAN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00776-OWW-GSA PC<br><br>**ORDER APPROVING STIPULATION, GRANTING REQUEST FOR REFERRAL TO JUDGE VADAS FOR SETTLEMENT CONFERENCE, AND SETTING SETTLEMENT CONFERENCE**<br><br>**(Doc. 60)**<br><br>Date:     12/15/2009<br>Time:    1:00 p.m.<br>Location: CSP-Solano (NJV) |

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Punaofo Tsugito Tilei, a state prisoner proceeding pro se and in forma pauperis. The parties filed a stipulation requesting referral to the Pro Se Mediation program to explore possible settlement. Defendants notified court staff that a settlement conference date was secured for December 15, 2009, before United States Magistrate Judge Nandor J. Vadas at California State Prison-Solano, and the Court has confirmed that the settlement conference is set for 1:00 p.m.

      Accordingly, it is HEREBY ORDERED that:

1. The parties' stipulation is approved, and their request for a referral to Judge Vadas is GRANTED;

2. This case is cross-designated to the Honorable Nandor J. Vadas for settlement purposes only;

///

1

3. The settlement conference shall be conducted on December 15, 2009, at 1:00 p.m. before Judge Vadas at California State Prison-Solano;[1]

4. Within **twenty (20) days** of the settlement conference, Judge Vadas shall file a report in this case indicating the outcome of the settlement proceedings;

5. On or before December 1, 2009, Plaintiff and Defendants shall submit confidential settlement conference statements by mail to:

United States Magistrate Judge Nandor J. Vadas
P.O. Box 1306
Eureka, CA 95501-1038; and

6. The Clerk's Office shall serve a courtesy copy of this order on Judge Vadas.

IT IS SO ORDERED.

Dated:   **November 9, 2009**                           **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] By separate order issued in due course, the transportation of Plaintiff for the settlement conference will be arranged.

2