# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>        Plaintiff,<br><br>   v.<br><br>T. WAN, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:06-cv-00776-OWW-GSA PC<br><br>ORDER STAYING SCHEDULING ORDER PENDING SETTLEMENT CONFERENCE<br><br>(Doc. 40)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT<br><br>(Docs. 65 and 66) |

By separate order, the Court granted the parties' request for referral to the Honorable Nandor J. Vadas for a settlement conference, and the conference is scheduled for December 15, 2009. The deadline for filing pretrial dispositive motions is November 30, 2009, and there are a number of discovery related motions currently pending before the Court.

The scheduling order is HEREBY STAYED pending the settlement conference. New deadlines will be set as deemed appropriate by the Court following Judge Vadas's status report.

Plaintiff's motions seeking a stay, filed October 16, 2009, are HEREBY DENIED as moot in light of this order.

IT IS SO ORDERED.

Dated: **November 12, 2009**   /s/ **Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE