IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>    Plaintiff,<br><br>        v<br><br>T. WAN, et al.,<br><br>    Defendants. | Case No C 06-0776 OWW GSA PC<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 15, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐ Warden or warden's representative

☐ Office of the California Attorney General Stanton Lee

☒ Other: California Department of Corrections and Rehabilitation

1    (2)    The following individuals, parties, and/or representatives did not appear:

2    (3)    The outcome of the proceeding was:

3        ☐ The case has been completely settled.

4        ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7        ☐ The parties agree to an additional follow up settlement on

8 _____.

9        ☒ The parties are unable to reach an agreement at this time.

10

11 Date: 1/19/10            _____

                                                 Nandor J Vadas
12                                                  United States Magistrate Judge
                                                 Sitting by Designation

**United States District Court**
For the Northern District of California

<strong>United States District Court</strong><br/>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tilei

v.

Wan
_____/

No. C 06-776

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/19/10, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Punaofo Tsugito Tilei**
H-96960
SALINAS VALLEY STATE PRISON (1050)
PO BOX 1050
SOLEDAD, CA 93960-1050

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3