# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>        Plaintiff,<br><br>   v.<br><br>T. WAN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00776-OWW-GSA PC<br><br>ORDER LIFTING STAY FOLLOWING SETTLEMENT CONFERENCE<br><br>(Docs. 72 and 80)<br><br>ORDER DENYING PLAINTIFF'S MOTION AS MOOT<br><br>(Doc. 79) |

        This is a civil rights action filed pursuant to 42 U.S.C. § 1983 and California law by Punaofo Tsugito Tilei, a state prisoner proceeding pro se and in forma pauperis. This action is proceeding on Plaintiff's amended complaint, filed July 30, 2007, against Defendants Wan, Gallagher, and Cooper for retaliation in violation of the First Amendment, and for denial of due process in violation of the Fourteenth Amendment. On January 23, 2009, the Court issued a scheduling order setting the discovery deadline for September 30, 2009, and the pretrial dispositive motion deadline for November 30, 2009.

        On August 28, 2009, the parties filed a stipulation requesting that this case be referred to the Pro Se Mediation program to explore settlement. The Court granted the request and referred this matter to United States Magistrate Judge Nandor J. Vadas for a settlement conference, which was set for December 15, 2009. Pursuant to the Court's order filed November 12, 2009, the scheduling order in this action was stayed pending the settlement conference and receipt of Judge Vadas's status

report. On January 19, 2010, Judge Vadas filed a status report notifying the Court that the case did not settle.

In light of Judge Vadas's report, the stay in this action shall be lifted, and Plaintiff's motion seeking a lift of the stay, filed January 11, 2010, shall be denied as moot. The Court has under submission Plaintiff's motions to compel, and motion for an order permitting him to communicate with inmate Ly. A ruling will be issued in due course. Once the Court has resolved the pending discovery motions, it will set a new discovery deadline, and a new deadline to file pretrial dispositive motions.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. The stay in this action is lifted; and
2. Plaintiff's motion to lift the stay, filed January 11, 2010, is denied as moot.

IT IS SO ORDERED.

**Dated:** **January 20, 2010**            /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE