# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PUNAOFO TSUGITO TILEI                          CASE NO. 1:06-cv-00776-OWW-GSA PC

                    Plaintiff,               ORDER DENYING PLAINTIFF'S MOTION
                                             FOR A COPY OF HIS DEPOSITION
     v.                                      TRANSCRIPT

T. WAN, et al.,                              (Doc. 54)

                    Defendants.

_____/

On July 20, 2009, Plaintiff Punaofo Tsugito Tilei, who is proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking a court order requiring Defendants or Kings Court Reporters to provide him with a copy of his deposition transcript.

Plaintiff is entitled to a copy of the deposition transcript upon payment of reasonable charges. Fed. R. Civ. P. 30(f)(3). There is no provision under the Federal Rules or the Local Rules for free copies of deposition transcripts. Further, "'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress . . . .'" Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting United States v. MacCollum, 426 U.S. 317, 321, 96 S.Ct. 2086 (1976)).

///
///
///
///
///
///

1  Because the in forma pauperis statute does not authorize the expenditure of public funds for the

2  purpose sought by Plaintiff, his motion is HEREBY ORDERED DENIED.[1]

3

4

5       IT IS SO ORDERED.

6  **Dated:**   __January 22, 2010__          _____ /s/ **Gary S. Austin** _____
                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [1] The procedure outlined by Plaintiff in his motion, which he followed, is permissible and correct. Fed. R.
Civ. P. 30(e)(1).  Plaintiff is entitled to review a copy of the transcript, and make any necessary corrections or
28  changes, which he did.  Id.  However, Plaintiff is not entitled to keep a copy of the transcript initially provided or to
obtain a copy of the transcript after the changes are made, unless he pays the cost for the transcript.  Id.

2