# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI, | 1:06-cv-00776-OWW-GSA-PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ASSISTANCE IN COMMUNICATING WITH INMATE WITNESSES |
| v. | |
| T. WAN, et al., | (Doc. 92.) |
| Defendants. | THIRTY DAY DEADLINE |

Punaofo Tsugito Tilei ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on Plaintiff's amended complaint, filed July 30, 2007, against defendants Wan, Gallagher, and Cooper ("Defendants") for retaliation in violation of the First Amendment, and for denial of due process in violation of the Fourteenth Amendment.[1] The events at issue in this action occurred at the California Substance Abuse Treatment Facility and State Prison ("SATF") in Corcoran, California, in 2005.

On March 1, 2010, Plaintiff filed a motion for a court order facilitating his communication with inmate witnesses. (Doc. 92.) Defendants were required to file a response, if any, within twenty-one days, but have not done so. Local Rule 230(l). At this time, the court requires Defendants to file a response to Plaintiff's motion.

///

---

[1] All other claims were dismissed from this action by the Court on July 8, 2008. (Doc. 26.)

1

1  Accordingly, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of
2 service of this order, Defendants must file a response to Plaintiff's motion for a court order
3 facilitating his communication with inmate witnesses, filed on March 1, 2010.

5  IT IS SO ORDERED.
6  Dated:   **October 8, 2010**                    /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE