# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI, | 1:06-cv-00776-OWW-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY RESPONSES AS MOOT |
| v. | (Docs. 99, 100.) |
| T. WAN, et al., | |
| Defendants. / | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 and California law by Punaofo Tsugito Tilei, a state prisoner proceeding pro se and in forma pauperis. This action is proceeding on Plaintiff's amended complaint, filed July 30, 2007, against defendants Wan, Gallagher, and Cooper ("Defendants") for retaliation in violation of the First Amendment, and for denial of due process in violation of the Fourteenth Amendment.[1] The events at issue in this action occurred at the California Substance Abuse Treatment Facility and State Prison ("SATF") in Corcoran, California, in 2005.

On May 27, 2010, Plaintiff filed two motions to compel responses from Defendants Wan, Gallagher, and Cooper to Plaintiff's Second Request for Production of Documents and Second Set of Interrogatories. (Docs. 99, 100.) On May 28, 2010, the Court granted Defendants Wan, Gallagher

---

[1] All other claims were dismissed from this action by the Court on July 8, 2008. (Doc. 26.)

1

and Cooper an extension of time until June 4, 2010, to serve responses to all of Plaintiff's outstanding discovery requests . (Doc. 101.) Therefore, Plaintiff's motions to compel are moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to compel discovery responses, filed on May 27, 2010, are DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 12, 2010**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE