UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PUNAOFO TSUGITO TILEI, | ) | 1:06-cv-0776 OWW GSA PC |
| | ) | |
|        Plaintiff, | ) | ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE |
|   v. | ) | |
| T. WAN, et al., | ) | |
| | ) | |
|        Defendants. | ) | |
| | ) | |

On June 10, 2011, Defendants filed a motion to dismiss this case based on Plaintiff's failure to prosecute. (Doc. 117.) Plaintiff was required to file a response to Defendants' motion within twenty-one days. Local Rule 230(1). To date, Plaintiff has not filed an opposition or otherwise responded to Defendants' motion.

There has been no activity by Plaintiff in this case since June 2010. On July 15, 2011, this Court issued an Order Requiring Plaintiff to File a Declaration Showing Cause Why This Case Should Not Be Dismissed For Plaintiff's Failure To Prosecute. (Doc. 121.) Plaintiff was given a deadline of July 25, 2011, in which to respond, as a trial date is scheduled for August 2, 2011. To date, Plaintiff has not filed an opposition

or otherwise responded to the Order to Show Cause.

Accordingly, **IT IS HEREBY ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute. All pretrial and trial dates in this matter are hereby **VACATED**.

IT IS SO ORDERED.

Dated:   **July 26, 2011**                   **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE