IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>T. WAN, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-00776 GSA (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(MOTION #126) |

　　　Punaofo Tsugito Tilei ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was dismissed on July 27, 2011 for Plaintiff's failure to prosecute, based in part on Plaintiff's failure to respond to the Court's order of July 15, 2011 which required Plaintiff to show cause why this action should not be dismissed for failure to prosecute.  (Doc. 121.)  Subsequently, on August 17, 2011, the Court issued an order granting Plaintiff another opportunity to respond to the Court's order to show cause, within thirty days.[1]  (Doc. 125.)  Plaintiff failed to file a timely response to the order to show cause, and he did not request an extension of time.  Plaintiff's case remains closed.

---

[1] On July 25, 2011, the Court received notice by a third party that Plaintiff had been incapacitated due to a medical condition for the past eight months.  (Doc. 124.)  Therefore, the Court granted Plaintiff another opportunity to oppose the dismissal of this action.

1  On October 19, 2011, plaintiff filed a motion seeking the appointment of counsel.  (Doc.
2  126.)  Inasmuch as this case is closed and all deadlines have expired, Plaintiff's motion is moot
3  and shall be denied as such.
4  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for appointment of
5  counsel, filed on October 19, 2011, is DENIED as moot.
6  IT IS SO ORDERED.
7  **Dated:**   **October 27, 2011**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE