IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>T. WAN, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-00776 AWI GSA PC<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL<br>(Docs. 128, 129.)<br><br>ORDER APPOINTING COUNSEL FOR PLAINTIFF |

　　　　Punafo Tsugito Tilei ("Plaintiff") is a California state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2011, Plaintiff filed a motion for appointment of counsel. (Doc. 129.) The Court finds that appointment of counsel for plaintiff is warranted. Donald A. Lancaster, Jr., has been selected from the Court's pro bono attorney panel and is hereby appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Donald A. Lancaster, Jr. is appointed as counsel for Plaintiff in the above entitled matter;

　　　　2. Donald A. Lancaster, Jr. shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment; and

1

3. The Clerk of the Court is directed to serve a copy of this order upon Donald A. Lancaster, Jr., The Lancaster Law Group, 21900 Burbank Boulevard, 3rd Floor, Woodland Hills, California 91367.

IT IS SO ORDERED.

Dated:   **November 29, 2011**                              /s/ **Gary S. Austin**
                                                                                  UNITED STATES MAGISTRATE JUDGE