IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Punaofo Tsugito Tilei

        Plaintiff(s)

vs.

T. Wan, Et al.

        Defendants.

No. 1:06cv00776-AWI-GSA

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Donald Aquinas Lancaster, Jr., Esq. , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 29, 2011 , by the Honorable Gary Austin , United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

To interview Mr. Punaofo Tsugito Tilei regarding his case. This visit is necessary to ascertain the facts of the case, identify the key parties, and review discovery.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 500.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:06cv00776 AWI GSA

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Travel expenses to interview Mr. Telei. |  |
|  | Hotel accommodations. |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of December, 20 11, at Los Angeles, California.

Donald Aquinas Lancaster, Jr., Esq.

Attorney for Plaintiff(s)

The above expenditure is ✓ Approved      ___ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 1/5/12

United States District Judge/Magistrate