Print Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Punaofo Tsugito Tilei

    Plaintiff(s)

vs.

T. Wan, et al.,

    Defendants.

No. 1:06-cv-00776 JLT (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Donald A. Lancaster, Jr., Esq., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 29, 2911, by the Honorable Gary Austin, United States District Judge/Magistrate.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

This meeting is necessary to prepare for trial set to commence on May 8, 2012.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 500.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:06-cv-00776 JLT (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $500.00 | To interview Mr. Punaofo Tilei regarding his case. | $0.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of April, 20 12, at Woodland Hills, California.

_[signature]_

Attorney for Plaintiff(s)

The above expenditure is ✓ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, __.M. in Courtroom Number_____.

Dated: 4/11/12

_[signature]_
United States District Judge/Magistrate