

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Punaofo Tsugito Tilei

        Plaintiff(s)

vs.

T. Wan et al.

        Defendants.

No. 1:06cv00776 JLT(PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Donald Aquinas Lancaster, Jr., Esq., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 29, 2011, by the Honorable Gary Austin, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

To provide pro bono litigation for a trial scheduled to last 2-3 days in Fresno, CA beginning May 8, 2012.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1100.00

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

# REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:06cv00776 JLT(PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $500.00 | To interview Mr. Tilei regarding his case. | $303.58 |
| $500.00 | Meet with Mr. Tilei to prepare for trial | $0.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of April, 20 12, at Woodland Hills, California.

_____
Attorney for Plaintiff(s)

The above expenditure is __✓__ Approved    _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: _____

_____
United States District Judge/Magistrate