

**FILED**

MAY 08 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. WAN, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00776 JLT (PC)<br><br>ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON MAY 9, 2012 AT 8:30 A.M. |

Plaintiff Punaofo Tsugito Tilei, inmate number H-96960, shall be produced for trial before the United States District Court, at 2500 Tulare Street, Fresno, California at 8:30 a.m. on Wednesday, May 9, 2012, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED:　May 8, 2012　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　JENNIFER L. THURSTON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1